UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AHMED A. ELASHMOUNY,

                            Plaintiff,

-against-

MARTHA D. JONES, STANLEY
SCHARF, DANIAL R. ARMSTRONG,
JR., LARRY BELMONT, AVEMCO
INSURANCE COMPANY, and
UNIVERSAL LOSS MANAGEMENT
INC.,

                            Defendants.
-------------------------------------------------------------------X

JUDGMENT
04-CV- 2386 (JFB)

       An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on March 22, 2006, dismissing the Amended Complaint, with prejudice, for the reasons set forth in Judge Joanna Seybert's Memorandum and Order dated July 20, 2004; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the Amended Complaint is dismissed, with prejudice, for the reasons set forth in Judge Joanna Seybert's Memorandum and Order dated July 20, 2004.


Dated: Brooklyn, New York
         March 22, 2006

                                                   ROBERT C. HEINEMANN
                                                 Clerk of Court